**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 13-1205**

CHRISTOPHER OSE-AFIANA,

                    Plaintiff – Appellant,

          v.

COVENANT SECURITY SERVICES, LTD.,

                    Defendant - Appellee.

Appeal from the United States District Court for the District of Maryland, at Greenbelt.   Alexander Williams, Jr., District Judge.  (8:12-cv-01840-AW)

Submitted: May 23, 2013              Decided:  May 28, 2013

Before MOTZ and AGEE, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Christopher Ose-Afiana, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Christopher Ose-Afiana appeals the district court's order dismissing his Title VII retaliation action without prejudice. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Ose-Afiana v. Covenant Sec. Servs. Ltd.</u>, No. 8:12-cv-01840-AW (D. Md. Jan. 22, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>